# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.  21-CR-367-RDM** |
| **MARK MIDDLETON** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ENTRY OF APPEARANCE OF COUNSEL

X      I wish to enter my appearance as retained counsel for the above-named defendant in this cause.

☐      I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant, in connection with all matters relating to this case, and in connection with all proceedings therein in this court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:   May 26, 2021

/S/ JAMES LEE BRIGHT
ATTORNEY FOR DEFENDANT
STATE BAR NO. 24001786
3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 720-7777 OFFICE
(214) 720- 7778 2 FAX

## CERTIFICATE OF CONFERENCE

I spoke to Assistant United States Attorney, Brian Kelly, on May 26, 2021 and has indicated that he has no objection to this Entry of Appearance of counsel.

/S/ JAMES LEE BRIGHT
ATTORNEY FOR DEFENDANT