UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO.: 1:21-CR-367 |
| MARK MIDDLETON | § § | |

### MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, JAMES LEE BRIGHT, Attorney of Record for MARK MIDDLETON and respectfully requests leave of the Court to withdraw as counsel for Defendant, and in support would respectfully show thereof:

I.

Attorney, JAMES LEE BRIGHT, was hired to represent MARK MIDDLETON in his criminal case in Federal District Court for the District of Columbia in May 2021. Defendant has breached the contractual agreement for fees for services rendered by Defendant's counsel in connection with this case and has become indigent. Neither he nor his wife, who is also a co-defendant, have been able to pay fees since February 2022. See attached financial affidavit.

II.

Counsel has notified the Defendant of his intent to withdraw via in-person conversation and via email. The Defendant stated he understood the reason for the withdrawal and would like the court to appoint him a lawyer as soon as possible.

WHEREFORE, PREMISES CONSIDERED, Defendant's counsel prays that this Honorable Court allow their withdrawal, and that present counsel be released from further

obligation or duty to the Defendant as Attorney of Record and that this court appoint the Public Defender's Office to represent him going forward.

RESPECTFULLY SUBMITTED,

*James Lee Bright*

JAMES L. BRIGHT
ATTORNEY FOR DEFENDANT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
STATE BAR #24001786
OFFICE: (214) 720-7777
FAX: (214) 720-7778
EMAIL: JLBRIGHTLAW.COM

## CERTIFICATE OF CONFERENCE

I, James Lee Bright, hereby certify that on September 11, 2022, I conferred with AUSA Brian Kelly and Phillip Linder, Counsel on the above-referenced Motion to Withdraw and they indicated they had no objection to the granting of this Joint Motion to Withdraw.

*James Lee Bright*
JAMES L. BRIGHT

## CERTIFICATE OF SERVICE

On this 14th day of September 2022, a true and correct copy of the foregoing Motion to Withdraw was delivered to Brian Kelly, Assistant United States Attorney, via ECF.

*James Lee Bright*
JAMES L. BRIGHT