UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   21-367-2(RDM)

MARK MIDDLETON

**MOTION TO ADOPT AND JOIN MOTION TO VACATE TRIAL DATE**

Defendant, Mark Middleton, by and through undersigned counsel, does hereby move to adopt and join the Motion to Vacate Trial Date filed by co-defendant Jalise Middleton. In support thereof, defendant respectfully sets forth as follows:

1. A trial date is presently set for January 23, 2023.

2. This a complex matter arising from the events of January 6, 2021. There is a vast amount of discovery that needs reviewed and outlined in order to be prepared for trial on January 23, 2023.

3. Undersigned counsel entered his appearance on behalf of defendant on September 20, 2022. Undersigned counsel is still in the proves of collecting and reviewing all of the discovery generated to date. Additional time is necessary to review the discovery, consult with

defendant, prepare pretrial motions and to complete all necessary tasks in order to properly try this matter.

4. On October 24, 2022, co-defendant Jalise Middleton filed a Motion to Vacate Trial Date, *ECF 64*. For the reasons stated herein, defendant, Mark Middleton, does hereby seek leave to adopt and join the Motion to Vacate Trial Date.

5. Defendant relies upon the Sixth Amendment to the United States Constitution and the discretionary powers of this Honorable Court in seeking the relief requested herein.

WHEREFORE, for the reasons stated herein, Defendant prays this Honorable Court for leave to adopt and join the co-defendant's Motion to Vacate Trial Date, *ECF 64*.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C, 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the 6th day of November, 2022.

                                              _____/s/_____
                                              Steven R. Kiersh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                           21-367-2(RDM)

MARK MIDDLETON

### ORDER

Upon consideration of the Motion to Adopt and Join Motion to Vacate Trial Date, there being good cause demonstrated, it is by this Court on this the _____ day of _____;

ORDERED, that the Motion to Adopt and Join Motion to Vacate Trial Date is granted; and it is,

FURTHER ORDERED, that Mark Middleton is granted leave to adopt and join the co-defendant's Motion to Vacate Trial Date, *ECF 64*.

_____
Honorable Randolph D. Moss
United States District Court