# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      **V.**

**MARK MIDDLETON**

                                      **Case No.:1:21-cr-367 (RDM)**

      **Defendant**

## RESPONSE TO REQUEST FOR A STATUS HEARING

Defendant, Mark Middleton, by and through undersigned counsel, respectfully sets forth as follows:

1. Defendant agrees that a status hearing will be helpful in resolving the Motion to Withdraw as counsel. It is agreed that a status hearing should be set as quickly as possible.

2. Undersigned counsel will be starting jury selection in D.C. Superior on June 26, 2023 in a trial that is expected to last approximately two weeks.

3. The trial is before the Honorable Michael O'Keefe. Undersigned counsel expects that Judge O'Keefe will accommodate a time for counsel to appear before this Court to resolve the Motion to Withdraw.

4. Undersigned counsel requests that a specific time be set during the week of June 26, 2023 that is convenient to the Court and all parties and counsel will request leave from Judge O'Keefe to attend the status hearing

Respectfully submitted,

_____/s/_____
Steven R.Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.,C,. 20015
(202) 347-0200
skiersh@aol.com
Attorney for Mark Middleton

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the _____22nd____day of June, 2023.

_____/s/_____
Steven R. Kiersh