NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                              Criminal Number  21-367 (RDM)

**Mark Middleton**
_____
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA           [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jerry Ray Smith, Jr., 448699
(Attorney & Bar ID Number)

Jerry Ray Smith, Jr., Attorney at Law
(Firm Name)

717 D Street, N.W., Suite 310
(Street Address)

Washington, DC 20004
(City)          (State)          (Zip)

(202) 347-6101
(Telephone Number)