# Presentence Referral

Here is your referral. It has been sent to DCPdb_Probation_Court_Notices@dcp.uscourts.gov.

|   |   |
|---|---|
| Case: | 21cr367-2 |
| Defendant: | MARK MIDDLETON |
| Guilty Offense(s): | <u>Counts 1-2</u> -- 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers<br><u>Counts 1s-2s</u> -- 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers<br><u>Count 3s</u> -- 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder<br><u>Count 3</u> -- 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder<br><u>Count 4</u> -- 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting<br><u>Count 4s</u> -- 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting<br><u>Count 5s</u> -- 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds<br><u>Count 5</u> -- 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds<br><u>Count 6</u> -- 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><u>Count 6s</u> -- 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><u>Count 7s</u> -- 18 U.S.C. 1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds<br><u>Count 7</u> -- 18 U.S.C. 1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds<br><u>Count 8</u> -- 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Grounds or Buildings<br><u>Count 8s</u> -- 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS;Disorderly Conduct in the Capitol Grounds or Building<br><u>Count 9s</u> -- 40 U.S.C. 5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings<br><u>Count 9</u> -- 40 U.S.C. 5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings |
| Conviction: | Verdict |
| Codefendants: | Yes |
| Companion Cases: | No |
| Custody: | Personal Recognizance Bond |
| Asst US Attorney: | Brendon Ballou, Sean McCauley & Greg Rosen |
| Defense Attorney: | Jerry Smith |
| Courtroom Clerk: | Glenda Walker |
| Date Referred: | 02/14/2024 |
| Judge/Magistrate: | Judge Randolph D. Moss |
| Sentencing Date: | 5/24/24 @ 10:00 AM |
| Special Court Instr: | none |
| Original text: | Minute Entry for proceedings held before Judge Randolph D. Moss:Jury Trial as to JALISE MIDDLETON (1), MARK MIDDLETON (2) held on 2/9/2024. Same jury and alternates. Defense rest. Oral Rule 29 Motion-DENIED. Closing arguments and jury instructions given. Jury Deliberation began and continued to 2/12/2024 at 10:30 AM in Courtroom 8- In Person before Judge Randolph D. Moss. Bond Status of Defendant: Continued PR; Court Reporter: Sherry Lindsay; Defense Attorney: Robert Lee Jenkins & Jerry Smith, Jr.; US Attorney: Brendon Ballou, Sean McCauley & Greg Rosen. Witness: M. Middleton (zglw)<br>\*\*\* DB: Case 21cr367-2, no quilty verdict in dt_text! \*\*\*<br>\*\*\* DB: Case 21cr367-2, no presentence referral! \*\*\* |