UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JALISE MIDDLETON, and
MARK MIDDLETON,

    Defendants.

Criminal No. 21-367 (RDM)

## JURY VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

### Count One: Assaulting, Resisting, or Impeding MPD Officer T.T.

| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| ✓ Guilty | ___ Not Guilty | ✓ Guilty | ___ Not Guilty |

1. **If you find the Defendant Jalise Middleton guilty beyond a reasonable doubt as to Count One, do you unanimously find:**

    Jalise Middleton made physical contact with Officer T.T. while assaulting Officer T.T.?
        Yes ✓      No ___

    Jalise Middleton acted with the intent to commit Count Three or Count Four while assaulting, resisting, opposing, impeding, intimidating, or interfering with Officer T.T?
        Yes ✓      No ___

1

2. **If you find the Defendant Mark Middleton guilty beyond a reasonable doubt as to Count One, do you unanimously find:**

   Mark Middleton made physical contact with Officer T.T. while assaulting Officer T.T.?

   Yes __✓__        No _____

   Mark Middleton acted with the intent to commit Count Three or Count Four while assaulting, resisting, opposing, impeding, intimidating, or interfering with Officer T.T.?

   Yes __✓__        No _____

### Count Two: Assaulting, Resisting, or Impeding MPD Officer R.C.

| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| __✓__ | _____ | __✓__ | _____ |
| Guilty | Not Guilty | Guilty | Not Guilty |

1. **If you find the Defendant Jalise Middleton guilty beyond a reasonable doubt as to Count Two, do you unanimously find:**

   Jalise Middleton made physical contact with Officer R.C. while assaulting Officer R.C.?

   Yes __✓__        No _____

   Jalise Middleton acted with the intent to commit Count Three or Count Four while assaulting, resisting, opposing, impeding, intimidating, or interfering with Officer R.C.?

   Yes __✓__        No _____

2. **If you find the Defendant Mark Middleton guilty beyond a reasonable doubt as to Count Two, do you unanimously find:**

   Mark Middleton made physical contact with Officer R.C. while assaulting Officer R.C.?

   Yes __✓__        No _____

   Mark Middleton acted with the intent to commit Count Three or Count Four while assaulting, resisting, opposing, impeding, intimidating, or interfering with Officer R.C.?

   Yes __✓__        No _____

### Count Three: Civil Disorder



| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| ✓ Guilty | ___ Not Guilty | ✓ Guilty | ___ Not Guilty |

### Count Four: Obstruction of an Official Proceeding



| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| ✓ Guilty | ___ Not Guilty | ✓ Guilty | ___ Not Guilty |

### Count Five: Entering and Remaining in a Restricted Building or Grounds



| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| ✓ Guilty | ___ Not Guilty | ✓ Guilty | ___ Not Guilty |

### Count Six: Disorderly or Disruptive Conduct in a Restricted Building



| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| ✓ Guilty | ___ Not Guilty | ✓ Guilty | ___ Not Guilty |

### Count Seven: Engaging in Physical Violence in a Restricted Building or Grounds



| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| ✓ Guilty | ___ Not Guilty | ✓ Guilty | ___ Not Guilty |

### Count Eight: Disorderly Conduct in a Capitol Building or Grounds

| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| ✓ | | ✓ | |
| Guilty | Not Guilty | Guilty | Not Guilty |

### Count Nine: Act of Physical Violence at the Capitol Building or Grounds

| Jalise Middleton | | Mark Middleton | |
|---|---|---|---|
| ✓ | | ✓ | |
| Guilty | Not Guilty | Guilty | Not Guilty |

Dated this _13_ day of February, 2024

Signature of Foreperson