UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-367 (RDM) |
| v.                )( | Judge Moss |
| )( | Sentencing: May 24, 2024 |
| MARK MIDDLETON         )( | |

**MOTION FOR EXTENSION OF TIME TO FILE
PARTIES OBLIGATION AND RESPONSE TO PRESENTENCE REPORT**

COMES NOW the defendant, Mark Middleton, by and through undersigned counsel, and respectfully moves this Honorable Court to extend the deadline for him to file his Parties Obligation and Response to Presentence Report from May 3, 2024 to a later date to be determined. Mr. Middleton so moves the Court in light of his counsel's just-filed motion to withdraw. In support of this motion, Mr. Middleton would show:

1. Sentencing in this case is set for May 24, 2024. A draft Presentence Report (PSR) has been prepared by the United States Probation Office. Mr. Middleton's Parties Obligation and Response to Presentence Report is currently due on May 3, 2024.

2. On May 2, 2024, undersigned counsel for Mr. Middleton filed a motion to withdraw as counsel due to the development of a believed conflict of interest that has arisen between Mr. Middleton and him. See ECF #149. A hearing on the motion has now been scheduled for May 6, 2024.

3. Given the above, Mr. Middleton requests that the deadline for him to file his Parties Obligation and Response to Presentence Report be extended from May 3, 2024 to a later date to be determined.

WHEREFORE, the defendant, Mark Middleton, moves this Honorable Court to extend the deadline for him to file his Parties Obligation and Response to Presentence Report from May 3, 2024 to a later date to be determined.

Respectfully submitted,

_____/s/_____

Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Mark Middleton
717 D Street, N.W., Suite 310
Washington, DC 20004
jerryraysmith@verizon.net
(202) 347-6101