UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-367 (RDM) |
| MARK MIDDLETON | : |

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of undersigned appointed counsel on behalf of the Defendant, nunc pro tunc to May 6, 2024.

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail: sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 6th day of May, 2024, to all counsel of record.

/s/

Stephen F. Brennwald