UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-367 (RDM) |
| MARK MIDDLETON | : |

**STATUS REPORT**

COMES NOW defendant, Mark Middleton, through undersigned counsel, Stephen F. Brennwald, and submits the following Status Report to this Court:

*Background*

Undersigned counsel was appointed to represent Mr. Middleton on May 7, 2024, after prior counsel's motion to withdraw was granted.

The basis of prior counsel's motion was his alleged failure to provide Mr. Middleton constitutionally adequate representation when he failed to interview or develop a certain individual as a potential defense witness.[1]

This Court postponed defendant's sentencing until June 7, 2024, so that new counsel could obtain a copy of the trial transcript, investigate the ineffective assistance claim, and otherwise take steps to protect Mr. Middleton's constitutional interests.

Since that date, despite having a crushing caseload, counsel has reached out to the court reporter who transcribed the trial in an attempt to obtain a copy of the transcript, has participated in several discussions with Mr. Middleton, has reviewed the presentence report, and has otherwise worked on the case as much as possible.

---

[1] The specifics of this claim cannot be discussed in a public filing as they relate to a discovery document marked "sensitive."

Unfortunately, counsel still does not have the transcript of the trial. This is because the court reporter needs to receive pre-approval for payment for her services, and that cannot happen until counsel can access the new federal e-voucher system.

Until fairly recently, this process was rather straight-forward, and wouldn't have led to any significant delays. In the past two weeks, however, the federal government has instituted a new system whereby each person or entity contracting with the government must register on a new website – Login.gov.

As with the rollout of most new systems, this one has been frought with difficulties and technical glitches. Undersigned counsel has tried all week to register at Login.gov, and although he initially thought he succeeded, when he attempted to synchronize (as is required) his new registration with the old "e-voucher" system, he was informed that his attempts had failed. That remains true today – Monday, May 27, 2024.

Counsel has called the Federal Defender's Office several times but until Thursday, May 23, 2024, he was unable to connect with the person responsible for assisting counsel with voucher matters. When he finally did reach this person, he was informed that a different person in a different office (not at the Federal Defender's Office) is responsible for helping counsel register at Login.gov.

As of this writing, undersigned counsel has not been able to connect with this individual, but will try again on Tuesday, May 28, 2024, as the government is "closed" until then.

Assuming that counsel is able to connect with this person and actually register successfully by Tuesday, May 28, 2024, he hopes that he will be able to obtain the transcript expeditiously. The court reporter has informed counsel that she has already prepared the

transcript, but she obviously needs payment pre-approval before she will release a copy of that transcript.[2]

If counsel is able to obtain the transcript, for example, by Friday, May 31, 2024, (an optimistic thought), he will need some time to review it, investigate the relevant claim(s), and prepare any relevant motion.

The good news is that undersigned counsel's June 5, 2024, trial, which would have required a great deal of preparation time between now and then, has been postponed until September such that when counsel receives the transcript, he will be able to proceed expeditiously.

He will not, unfortunately, be able to comply with the current scheduling deadline given these unforeseen roadblocks.

Counsel also notes that the attorney for defendant's co-defendant, Nathan Silver, initially filed a Notice of Conflict (Potential) on May 18, 2024, and has now filed a motion to withdraw because of that conflict. That is appropriate, in undersigned counsel's view, as neither defendant was prepared to waive that conflict (if, indeed, it was waivable to begin with).

In light of Mr. Silver's motion to withdraw, it appears that a new schedule will need to be set to allow new counsel for co-defendant Jalise Middleton to review the case and undertake any other tasks he or she deems necessary.

---

[2] The court reporter indicated that she has been "burned" before after providing certain attorneys with a copy of a transcript prior to pre-approval.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 27th day of May, 2024, to all counsel of record.

/s/

Stephen F. Brennwald