UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-367 (RDM) |
| MARK MIDDLETON | : |

**EMERGENCY MOTION TO PERMIT REMOTE APPEARANCE**

COMES NOW defendant, Mark Middleton, through undersigned counsel, Stephen F. Brennwald, and in support of his Emergency Motion to Permit Remote Appearance, states as follows:

This Court, on May 31, 2024, sua sponte set a hearing for Monday, June 3, 2024, at 10:00 a.m.  The Court ordered that any request to appear remotely be filed by 5 p.m. on that same day.

Undersigned counsel was in court on Friday afternoon, and then was working in the courthouse ahead of the retirement celebration of long-time Courtroom Deputy Gwen Franklin scheduled for 4 p.m.  As a result, counsel did not see the Minute Order issued earlier that day (counsel cannot tell at what time the minute order was entered).

In fact, counsel only learned of the Monday hearing by chance, when he was approached at the Franklin celebration by this Court's court reporter, Sherry Lindsay, about the trial voucher in this case.

After a discussion of the transcript, Ms. Lindsay off-handedly said "see you Monday!" to which counsel replied "why would I see you on Monday?"

Counsel discussed the upcoming hearing with the Middletons on Saturday, and they asked counsel whether the hearing was remote.  Counsel indicated that he would ask the Court to permit them to appear remotely as they live over 1,300 miles from Washington, D.C.

Given the fact that the hearing should not last very long (as it is a status conference), the extreme hardship an in-person hearing would impose on defendants, the fact that new counsel for Mrs. Middleton, Kira West, is in trial and will have limited availability tomorrow morning (Monday, June 3, 2024) if she is available at all, and the recency of the notice (of which undersigned counsel only learned by chance), defendant asks that he be permitted to appear remotely.  Counsel for Mr. Middleton will appear in person, of course.

In addition, because Ms. West, on behalf of Mrs. Middleton, may not be able to file a similar motion for her client as she is in trial, defendant Mark Middleton asked undersigned counsel to make the same remote appearance request on behalf of his wife.

For the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant makes this emergency request to permit the defendants to appear at the June 3, 2024, status conference remotely, and for any other relief this Court deems just and proper.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 2nd day of June, 2024, to all counsel of record.

/s/

Stephen F. Brennwald