UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES      :

  v.         : Crim. No. 21-CR-367 (RDM)

MARK MIDDLETON     :

**RESPONSE TO ORDER OF COURT (MINUTE ORDER OF
AUGUST 22, 2024), UNOPPOSED MOTION FOR ORDER
DIRECTING THE PROBATION OFFICE TO PREPARE
A REVISED PRESENTENCE REPORT, AND REQUEST
TO EXTEND TIME FOR OBJECTIONS THERETO**

COMES NOW defendant, Mark Middleton,[1] through undersigned counsel, Stephen F.

Brennwald, on his own behalf and on behalf of his wife, co-defendant Jalise Middleton, and in

support of his Response to Order of Court (Minute Order of August 22, 2024), Unopposed

Motion for Order Directing the Probation Office to Prepare a Revised Presentence Report,  and

Request to Extend Time for Objections Thereto, states as follows:

Defendant and his wife, co-defendant Jalise Middleton, stand before the Court after

having been convicted of several offenses in connection with the events of January 6, 2021.

A presentence report has been prepared, and it includes language both in the narrative of

the report as well as elsewhere that references conduct that includes activity that led to each

defendant's conviction pursuant to 18 U.S.C. § 1512.

Following the Supreme Court's decision in *Fischer v. United States* the government

asked this Court to provide it more time to determine how it wished to proceed.

The government has now decided to move to dismiss that charge, and filed a motion in

that regard on August 22, 2024.

First, defendants do not object to the dismissal of that charge (as to each defendant).

---

[1] This motion is also being filed on behalf of co-defendant Jalise Middleton.

Second, the presentence report includes language that encompasses the conduct that formed the basis for the 1512 conviction.

Third, the report includes guideline calculations that include the 1512 conviction.

As this Court knows, a presentence report follows a defendant who is sent to the Bureau of Prisons everywhere that inmate travels, helping to determine salient factor scores and the availability of programs and particular prison settings that would be of benefit to the defendants.

For those reasons, defendants ask that this Court order the probation office to prepare a revised presentence report that addresses the changes that have resulted from the (expected) dismissal of the 1512 charge, including any change in the sentencing guidelines.

Concomitantly, the defendants ask, as would happen in the normal course of the preparation of a presentence report, for permission to object to certain language in the revised presentence report in the event the parties conclude that certain language is inappropriate in light of the (expected) dismissal of the 1512 charge, and to contest any revised guideline calculation(s).

The United States does not oppose this request.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendants ask that the Court order the probation office to prepare a revised presentence report that removes pertinent information/language that is no longer relevant to this case (regarding the 1512 charge) and addresses any necessary changes to the sentencing guideline calculation, permit the defendants to object to any of the foregoing modifications or calculations, and for any other relief this Court deems proper.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 26th day of August, 2024, to all counsel of record.

/s/

Stephen F. Brennwald