UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JALISE MIDDLETON,<br>                       **Defendant.** | Case No. 1:2-cr-00367 (RDM) |

## EMERGENCY JOINT MOTION OF THE PARTIES AND REQUEST FOR EXTENSION ON REPORTING TO PRISON UNTIL AFTER SURGERY

This honorable court sentenced the defendants on October 22nd, 2024. Both defendants were ordered to serve time. As this court will recall, Mrs. Middleton has an array of serious medical issues. She has had a relapse with her knee and is scheduled for surgery on that knee Tuesday, December 10, 2024, at NTMC Medical Center, Gainesville, TX at 6:30 AM. Because she will not be able to care for herself or walk without aid, the parties respectfully request a short continuance on the date in which they are to report to BOP to start serving their sentences. Mrs. Middleton has a fused left ankle, a left wrist that is weak and also needing surgery on her wrist. Her left shoulder is damaged from not treating the wrist which has caused nerve damage. However, the knee surgery is most important because she is not ambulatory.

After the surgery, she will not be able to walk on crutches or with a walker, (holding her weight with my hands). This knee surgery is going to put her wheelchair bound and her rehabilitation will be slow. She lives thirty minutes from the nearest hospital. The terms of the surgery will be filed separately under seal with the court's permission.

Undersigned counsel has conferred with the AUSA who opposes this request even though defense counsel has provided written proof of scheduled surgery which undersigned counsel will file

under seal.

Wherefore, undersigned counsel respectfully requests that the Court order that a short extension of perhaps 30-45 days be given for their reporting period.

Respectfully submitted,

KIRA ANNE WEST

By:  /s/Kira Anne West
     Kira Anne West
     DC Bar No. 993523
     712 H Street N.E., Unit #509
     Washington, D.C. 20002
     Phone: 202-236-2042
     kiraannewest@gmail.com

/s/ Stephen F. Brennwald
Stephen F. Brennwald
D.C. Bar No. 398319
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

I hereby certify on the 9th day of December, 2024, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

/s/Kira Anne West
Kira Anne West
