UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | No. 21-cr-367 (RDM) |
| : | |
| JALISE MIDDLETON & : | |
| MARK MIDDLETON, : | |
| : | |
| Defendant.  : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANTS'
JOINT MOTION TO EXTEND THEIR TIME TO REPORT TO BOP**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes the defendants' joint motion to extend their time to report to the Bureau of Prisons. ECF 199. On October 22, 2024, this Court committed Jalise and Mark Middleton to the custody of the Bureau of Prisons for, respectively, 20-months and 30-months. On December 5, 2024, Ms. Middleton's attorney informed the government that the defendants intended to file a joint motion to extend their time to report to the Bureau of Prisons because Ms. Middleton was scheduled to have surgery. Undersigned counsel for the government informed Ms. Middleton's attorney that the government needed to see medical paperwork about the surgery before the government could take a position one way or another. On December 6, 2024, Ms. Middleton's attorney provided a single page document to the government that said that Ms. Middleton was scheduled to have knee surgery on December 10, 2024. This form is titled "Surgery Request Form" and indicates that it was signed on December 6, 2024. Undersigned counsel informed Ms. Middleton's attorney that this form was insufficient and that the government would oppose if this was the only material provided. Having received no further documentation, the government opposes.

The form does not indicate if the surgery been scheduled or merely requested as the form indicates. It contains no information about when the surgery was scheduled or when Ms. Middleton consulted with a medical professional about the need for surgery. The form contains no information about whether this surgery is an emergency surgery or a routine surgery. There is similarly no information about the estimated recovery time of this outpatient procedure. The joint filing contains no information about whether Ms. Middleton knew that there was a possibility that she would be having this surgery on October 22 when she was sentenced. ███████████ ███████████████████████████. Yet this surgery is being scheduled now, seven days before she is supposed to report to the Bureau of Prisons, ████████████████████████ ████████████████████████████████. Ms. Middleton has been on home confinement and in the constant company of her husband for 299 days but did not have the surgery during that time. There is no reason that Ms. Middleton could not have the surgery and then be committed to the custody of the Bureau of Prisons for her recovery.

Just as the Court considered Ms. Middleton's medical conditions in crafting its sentence, the Bureau of Prisons has similarly considered them in deciding where to place her. Ms. Middleton has been designated to Federal Medical Center Carswell in Forth Worth, Texas. FMC Carswell is a corrections facility for female inmates that can provide Level 3 and Level 4 medical and mental health care to inmates, which are the Bureau of Prison's highest levels of medical care. Level 3 care is defined "outpatients who have complex, and usually chronic, medical or mental health conditions and who require frequent clinical contacts to maintain control and stability of their condition, or to prevent hospitalizations or complications; [t]hey may require assistance with some activities of daily living (ADLs) that can be accomplished by inmate companions[; and] stabilization of their medical or mental health conditions may require periodic hospitalization."

*See* "Bureau of Prisons Care Level Classification," May 2019, at 5, *available at* https://www.bop.gov/resources/pdfs/care_level_classification_guide.pdf. Level 3 care conditions include, but are not limited to, cancer in partial remission, advanced HIV disease, severe mental illness in remission on medication, severe congestive heart failure, and end-stage liver disease. *Id.* Level 4 care is defined as "inmates require services available only a BOP Medical Referral Center (MRC), which provides significantly enhanced medical services and limited inpatient care[;] functioning may be so severely impaired as to require 24-hour care skilled nurse care or nursing assistance." *Id.* Level 4 conditions include but are not limited to cancer on active treatment, dialysis, quadriplegia, stroke or head injury patients, major surgical treatment, and high-risk pregnancy. *Id.*

After consultation with the Bureau of Prisons, undersigned counsel has learned FMC Carswell is able provide outpatient care for a joint replacement surgery. Undersigned counsel has appraised the Bureau of Prisons and FMC Carswell of Ms. Middleton's medical needs and both are ready to accept custody of her and provide for her medical care, whatever that may be.

In any event, if the Court is inclined to grant any extension of reporting time, the government requests that any extension be limited to a very brief period for Ms. Middleton. Mr. Middleton should be required to the Bureau of Prisons on December 17, 2024.

For the foregoing reasons, the Court should deny the defendants' joint motion to extend their time to report and require them to report to the Bureau of Prisons on December 17, 2024.

                                Respectfully submitted,

                                MATTHEW M. GRAVES
                                United States Attorney
                                D.C. Bar No. 481052

By:    *s/ Sean P. McCauley*
          SEAN P. McCAULEY
          Assistant United States Attorney
          New York Bar No. 5600523
          United States Attorney's Office
          For the District of Columbia
          601 D Street, NW
          Washington, DC 20530
          Sean.McCauley@usdoj.gov

          *s/ Brendan Ballou*
          Brendan Ballou
          DC Bar No. 241592
          Special Counsel
         United States Attorney's Office
         601 D Street NW
         Washington, DC 20001
         (202) 431-8493
         brendan.ballou-kelley@usdoj.gov